THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM TYLER, Appellant.—

No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

AUGUSTA ROSENTHAL, Appellant, v. EMANUEL ROSENTHAL, Respondent.—

The aggravation of the child's condition since the time of the trial and the undisputed progressive character of the condition, constitute a change in the situation warranting the granting of the allowance. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

MICHAEL J. SCALES, as Administrator of the Estate of JOHN M. SCALES, Deceased, Appellant, v. THE VILLAGE OF NYACK, ROCKLAND COUNTY, NEW YORK, et al., Respondents.—

No opinion. Hagarty, Adel and Close, JJ., concur; Carswell, J., dissents and votes to reverse the judgment and to grant a new trial on the ground that there is a question of fact for a jury to decide as to whether or not defendants maintained a nuisance by reason of casting upon the sidewalk waters artificially diverted from their natural course by the driveway; Lazansky, P. J., not voting.